**1381-16**

# ELECTRONIC RECORD

COA #   09-15-00286-CR         OFFENSE:   Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE:   Brian Vanorman v. The State of Texas       PUNISHMENT:

                                           COUNTY:   Montgomery

TRIAL COURT:      221st District Court           Appellant's      MOTION

TRIAL COURT #:     15-03-02762 CR        FOR REHEARING IS:   DENIED

TRIAL COURT JUDGE:  Judge Lisa Benge Michalk    DATE:   11-02-16

DISPOSITION:   AFFIRMED              JUDGE:   PER CURIAM

DATE:    09-21-16

JUSTICE:   Leanne Johnson     PC  NO  S  YES

PUBLISH:   NO               DNP:  YES

CLK RECORD:   08-21-16          SUPP CLK RECORD:

RPT RECORD:   08-12-15          SUPP RPT RECORD:

STATE BR:     05-04-16           SUPP BR:

APP BR:      02-03-16; 06-21-16      PRO SE BR:

**1381-16**

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # _____PD-1381-16_____

---

**_APPELLANT'S_** Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _03/01/2017_

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____